IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-10-198 |
| | § | CRIMINAL ACTION NO. B-05-389 |
| | § | |
| JUAN CARLOS ANDRADE MESA | § | |

**ORDER**

Counsel for the defendant has filed a motion to withdraw as counsel, (Docket Entry Nos. 30 and 56). The motions are granted. The magistrate judge will appoint counsel for the defendant for appeal purposes.

SIGNED on September 21, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge